UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES MALONEY

    v.                                           C.A.  08-362ML

STEVEN BOYD and
STATE OF RHODE ISLAND

ORDER

The Findings and Recommendation of United States Magistrate Judge

Jacob Hagopian  dated March 3, 2009 in the above-captioned matter is accepted

pursuant to Title 28 United States Code § 636(b)(1).  The Petitioner's Motion to

Withdraw Petition for Writ of Habeas Corpus  is GRANTED.  The Petition for Writ

of Habeas Corpus  pursuant to 28 U.S.C. § 2254 is DISMISSED without prejudice.

BY ORDER:

Mary M. Lisi
Chief U.S. District Judge
March  19 , 2009

Entered as an Order of this Court on March  19 , 2009

Deputy Clerk